# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| MIAMI VALLEY FAIR HOUSING CENTER, INC., | ) CASE NO. 3:15-cv-00403 ) ) |
| Plaintiff, | ) JUDGE WALTER H. RICE ) |
| -vs- | ) ) |
| SHAWNEE PLAINS LLC, et al., | ) ) |
| Defendants. | ) ) |

## STIPULATED ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above matter has been settled, IT IS ORDERED that this action (including all claims by all parties) is hereby DISMISSED WITH PREJUDICE.

Pursuant to *Kokkonen v Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994), the parties expressly incorporate the terms and conditions of the settlement agreement, entered into by the parties on December 29, 2015, so that the Court may retain jurisdiction to enforce the terms and conditions of that agreement.

The Court explicitly retains jurisdiction to enforce the settlement agreement reached by the parties.

Each party shall bear its own costs.

IT IS SO ORDERED.

WALTER H. RICE,
UNITED STATES DISTRICT COURT JUDGE